withdrawn for consumption subsequent to said date were held dutiable at 12½ percent under paragraph 1504 (b) (5) and the Netherlands Trade Agreement (T. D. 48075), as claimed.

**No. 49396.**—Protests 99872–K, etc., of Stern & Stern Textile Importers, Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49397.**—Protests 99622–K, etc., of Eclipse Import Corp. et al. (New York).

Opinion by LAWRENCE, J. The record showed that wood is the component of chief value in the darts in question and that they are similar to those involved in Abstract 49053, the record in which was incorporated herein. They were therefore held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 49398.**—Protests 104757–K, etc., of M. Pressner & Co. et al. (New York).

Opinion by LAWRENCE, J. The record showed that wood is the component of chief value in the darts in question and that they are similar to those involved in Abstract 49053, the record in which was incorporated herein. They were therefore held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 49399.**— Protest 97810–K of Schear & Schrader (New York).

Opinion by LAWRENCE, J. The evidence established that the paperweights in question are chiefly used in the household for utilitarian purposes and that they are composed of metal, not plated. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 49400.**—Protests 72941–K, etc., of Yardley & Co. et al. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

MAY 8, 1944

**No. 49401.**—Protests 28850–K–12070, etc., of William Henderson et al. Plaintiffs' application for rehearing (April 15, 1944) granted.

BEFORE THE FIRST DIVISION, MAY 10, 1944

**No. 49402.**—Protest 107828–K of Somerset Importers, Ltd. (New York).